# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AGRAWAL, SHIVPRASAD S | § | Case No. 09-44260 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_, for a total compensation of $\_\_\_\_ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_, and now requests reimbursement for expenses of $\_\_\_, for total expenses of $\_\_\_.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 09-44260 | SQU | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | AGRAWAL, SHIVPRASAD S | | | Date Filed (f) or Converted (c): | 11/21/09 (f) |
| | | | | 341(a) Meeting Date: | 12/23/09 |
| For Period Ending: | 07/22/11 | | | Claims Bar Date: | 06/30/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4 SYLVAN GLEN CT., BURR RIDGE IL | 417,000.00 | 417,000.00 | DA | 0.00 | FA |
| 2. SMITH BARNEY (MONEY MARKET); 3 FIRST NATIONAL PLAZ | 5,419.00 | 5,419.00 | | 2,319.00 | FA |
| 3. CITIBANK CHECKING CHICAGO | 900.00 | 900.00 | DA | 0.00 | FA |
| 4. FOUR (4) BEDS, THREE (3) SOFA'S, TWO (2) DINING TA | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 5. MISC. PICTURES. CD'S LOCATION: 4 SYLVAN GLEN COURT | 500.00 | 500.00 | DA | 0.00 | FA |
| 6. ALLSTATE TERM POLICY; NCV $100,000 DEATH BENEFIT | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. TERM POLICY PROVIDED BY LOUIS JONES ENTERPRISES (E | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. TRANSAMERICA TERM POLICY $250,000 DEATH BENEFIT NC | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. LOUIS JONES ENTERPRISES, INC. 49% SHAREHOLDER | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. CHICAGO CONDOMINIUM DEVELOPERS LLC 33% | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. JACKSON PARK PINNACLE PLAZA LLC -- INTEREST UNKNOW | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. MGP AUBRUN GRESHAM I LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. MGP AUBRUN GRESHAM II LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. MGP KEDZIE MOZART LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. LOAN TO FAL RANA | 1,700.00 | 1,700.00 | DA | 0.00 | FA |
| 16. 2009 BMW 535 LOCATION: 4 SYLVAN GLEN COURT, BURR R | 39,000.00 | 39,000.00 | DA | 0.00 | FA |
| 17. 2006 ASTON MARTIN LOCATION: 4 SYLVAN GLEN COURT, B | 85,000.00 | 85,000.00 | | 13,057.18 | FA |
| 18. 2006 BMW 750I LOCATION: 4 SYLVAN GLEN COURT, BURR | 31,000.00 | 31,000.00 | | 26,500.00 | FA |
| 19. 2007 MERCEDES 550 (IN POSSESSION OF DEBTOR'S SON I | 37,000.00 | 37,000.00 | | 11,074.42 | FA |
| 20. 2000 MERCEDES S500 | 4,500.00 | 4,500.00 | | 2,600.00 | FA |
| 21. 2006 LEXUS ES 330 -- 50% OWNED BY LOUIS JONES ENTE | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| 22. 2002 LEXUS 430 SC | 12,000.00 | 12,000.00 | | 7,500.00 | FA |
| 23. CELL PHONE | 0.00 | 0.00 | DA | 0.00 | FA |
| 24. Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.52 | Unknown |

Gross Value of Remaining Assets

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 09-44260 SQU Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | AGRAWAL, SHIVPRASAD S | Date Filed (f) or Converted (c): | 11/21/09 (f) |
| | | 341(a) Meeting Date: | 12/23/09 |
| | | Claims Bar Date: | 06/30/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $646,519.00 | $646,519.00 | | $63,063.12 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/11     Current Projected Date of Final Report (TFR): 12/30/11

/s/   BRENDA PORTER HELMS, TRUSTEE
_____   Date: 07/22/11
BRENDA PORTER HELMS, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-44260 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | AGRAWAL, SHIVPRASAD S | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5550  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5192 | | | |
| For Period Ending: | 07/22/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/26/10 | 17 | Hinsdale Bank & Trust Company<br>25 E. First St<br>Hinsdale IL 60521 | equity in Aston Martin | 1129-000 | 13,057.18 | | 13,057.18 |
| 06/29/10 | 2 | Shilu Agrawal | non-exempt money in bank account | 1129-000 | 2,319.00 | | 15,376.18 |
| 06/29/10 | 20 | Indra Agrawal<br>4 Sylvan Glen Ct.<br>Burr Ridge IL 60527 | Debtor's equity in 2000 Mercedes S0 | 1129-000 | 2,600.00 | | 17,976.18 |
| 06/30/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 17,976.50 |
| 07/28/10 | 22 | Indra Agrawal<br>4 Sylvan Glen Court<br>Burr Ridge IL 60527 | equity in Lexus | 1129-000 | 7,500.00 | | 25,476.50 |
| 07/30/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.45 | | 25,476.95 |
| 08/31/10 | 19 | Chase Auto Finance<br>900 Stewart Ave  PS  5th Floor<br>Garden City NY 11530 | equity in vehicle | 1129-000 | 11,074.42 | | 36,551.37 |
| 08/31/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.65 | | 36,552.02 |
| 09/30/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.88 | | 36,552.90 |
| 10/25/10 | 18 | American Auction Associates Inc.<br>8515 S. Thomas<br>Bridgeview IL 60455 | liquidation of 2006 BMW | 1129-000 | 26,500.00 | | 63,052.90 |
| 10/25/10 | 000101 | Bank of AmericaNC4-105-02-59<br>4161 Piedmont Parkway<br>Greensboro NC 27410 | Agrawal  a/c 65010003650103 | 4210-000 | | 9,239.44 | 53,813.46 |
| 10/29/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 1.15 | | 53,814.61 |
| 11/30/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.32 | | 53,816.93 |
| 12/31/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.29 | | 53,819.22 |
| 01/11/11 | 000102 | American Auction Associates, Inc. | auction expenses | 3620-000 | | 581.49 | 53,237.73 |
| 01/31/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.27 | | 53,240.00 |

Page Subtotals          63,060.93          9,820.93

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-44260 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | AGRAWAL, SHIVPRASAD S | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5550  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5192 | | | |
| For Period Ending: | 07/22/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/19/11 | 000103 | International Sureties<br>701 Polydras St. #420<br>New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | 40.50 | 53,199.50 |
| 02/28/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.41 | | 53,199.91 |
| 03/31/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.45 | | 53,200.36 |
| 04/29/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.43 | | 53,200.79 |
| 05/31/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.46 | | 53,201.25 |
| 06/30/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.44 | | 53,201.69 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 63,063.12 | 9,861.43 | 53,201.69 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 63,063.12 | 9,861.43 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 63,063.12 | 9,861.43 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - *******5550 | 63,063.12 | 9,861.43 | 53,201.69 |
| | 63,063.12 | 9,861.43 | 53,201.69 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

          /s/   BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 07/22/11

          BRENDA PORTER HELMS, TRUSTEE

Page Subtotals    2.19    40.50

UST Form 101-7-TFR (10/1/2010) *(Page: 6)*

LFORM24

Ver: 16.02b

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-44260
Case Name: AGRAWAL, SHIVPRASAD S
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: The Helms Law Firm P.C. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____
Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010B | Department of the Treasury | $ | $ | $ |
| 15A | iIllinois Dept of Revenue | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance                             $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Puritan Finance Corp.. | $ | $ | $ |
| 000002 | Wells Fargo Bank | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |
| 000004 | Chase Bank USA, N.A. | $ | $ | $ |
| 000005 | American Express Bank, FSB | $ | $ | $ |
| 000006 | American Express Bank, FSB | $ | $ | $ |
| 000008 | LNR Partners, INC | $ | $ | $ |
| 000009 | EMPLOYERS MUTUAL CASUALTY COMPANY | $ | $ | $ |
| 000011 | Ridgeland East End LLC | $ | $ | $ |
| 000012 | Jackson Park Pinnacle Plaza, LLC | $ | $ | $ |

UST Form 101-7-TFR (10/1/2010) *(Page: 8)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Peter Wang | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Vinod Thanki | $ | $ | $ |

    Total to be paid to tardy general unsecured creditors    $_____

    Remaining Balance    $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010A | Department of the Treasury | $ | $ | $ |
| 15 | Illinois Dept of Revenue | $ | $ | $ |

    Total to be paid to subordinated unsecured creditors    $_____

Remaining Balance $_____