UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| AGRAWAL, SHIVPRASAD S | § | Case No. 09-44260 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF COURT
   219 S. DEARBORN STREET
   CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:11 AM on 09/30/2011 in Courtroom 4016,
   DuPage Judicial Center
   505 N. County Farm Road
   Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/30/2011              By: Clerk of Court


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
AGRAWAL, SHIVPRASAD S § Case No. 09-44260
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 63,063.56 |
| and approved disbursements of | $ | 9,861.43 |
| leaving a balance on hand of[1] | $ | 53,202.13 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 6,403.18 | $ 0.00 | $ 6,403.18 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 137.23 | $ 0.00 | $ 137.23 |
| Attorney for Trustee Fees: The Helms Law Firm P.C. | $ 2,450.00 | $ 0.00 | $ 2,450.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 8,990.41 |
| Remaining Balance | $ | 44,211.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 162,952.53 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010B | Department of the Treasury | $ 117,084.77 | $ 0.00 | $ 31,767.04 |
| 15A | iIllinois Dept of Revenue | $ 45,867.76 | $ 0.00 | $ 12,444.68 |
| | Total to be paid to priority creditors | | $ | 44,211.72 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,304,164.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Puritan Finance Corp.. | $ 2,996,158.52 | $ 0.00 | $ 0.00 |
| 000002 | Wells Fargo Bank | $ 11,017,950.44 | $ 0.00 | $ 0.00 |
| 000003 | Chase Bank USA, N.A. | $ 17,530.35 | $ 0.00 | $ 0.00 |
| 000004 | Chase Bank USA, N.A. | $ 4,111.03 | $ 0.00 | $ 0.00 |
| 000005 | American Express Bank, FSB | $ 31,823.04 | $ 0.00 | $ 0.00 |
| 000006 | American Express Bank, FSB | $ 31,537.39 | $ 0.00 | $ 0.00 |
| 000008 | LNR Partners, INC | $ 18,692,176.91 | $ 0.00 | $ 0.00 |
| 000009 | EMPLOYERS MUTUAL CASUALTY COMPANY | $ 125,000.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Ridgeland East End LLC | $ 4,000,000.00 | $ 0.00 | $ 0.00 |
| 000012 | Jackson Park Pinnacle Plaza, LLC | $ 4,000,000.00 | $ 0.00 | $ 0.00 |
| 000013 | Peter Wang | $ 387,876.91 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $ 0.00

Remaining Balance       $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 115,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Vinod Thanki | $ 115,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors       $ 0.00

Remaining Balance       $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 7,443.52 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010A | Department of the Treasury | $ 2,643.55 | $ 0.00 | $ 0.00 |
| 15 | Illinois Dept of Revenue | $ 4,799.97 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors       $ 0.00

Remaining Balance       $ 0.00

Prepared By: /s/Brenda Porter Helms
                                                    Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 09-44260-JHS
Shivprasad S Agrawal  Chapter 7
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: mjerdine  Page 1 of 2  Date Rcvd: Aug 31, 2011
 Form ID: pdf006  Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2011.
```
db          +Shivprasad S Agrawal,    4 Sylvan Glen Court,    Burr Ridge, IL 60527-0703
aty         +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 W Lawrence Avenue,
              Chicago, IL 60625-5104
aty         +Richard L Hirsh,    Richard L Hirsh & Associates PC,    1500 Eisenhower Lane,    Suite 800,
              Lisle, IL 60532-2135
tr          +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
              Chicago, IL 60625-5104
14757422    +American Chartered Ban,    1199 E Higgins Rd,    Schaumburg, IL 60173-4711
14757423    +American Chartered Bank,    c/o Hauselman, Rappin & Olswang,    39 S. LaSalle St.,
              Chicago, IL 60603-1603
14757424    +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
15435564     American Express Bank, FSB,    Becket and Lee LLP,    Attorneys/Agents for Creditor,    POB 3001,
              Malvern, PA 19355-0701
15439631     American Express Bank, FSB,    Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
              Malvern, PA 19355-0701
15136645    +Arnstein & Lehr,    120 S. Riverside Plaza Suite 1200,    Chicago, IL 60606-3910
15136646    +Aruna Sathia,    1014 Warwick Circle North,    Schaumburg, IL 60169-2328
15136647     BMW BANK OF NORTH AMERICA,    5550 BRITTON PKWY,    Hilliard, OH 43026-7456
14757428   ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
             (address filed with court: BMW Financial Services,     Po Box 3608,    Dublin, OH 43016)
14757425    +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
14757427    +Banyan Distribution,    c/o Cossidente Salus Ltd.,    7777 W. 159th St.,
              Tinley Park, IL 60477-1389
14757429    +Bruce Heller. Reciever,    1840 North Clark,    Chicago, IL 60614-5881
15136643     Chase,   P O Box 15153,    Wilmington, DE 19886-5153
15432285     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14757430    +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
14757432    +Dupage County Clerk,    421 N. County Farm Rd,    Wheaton, IL 60187-3992
14757433     EMC Insurance Companies,    attn: Linda Leon Esq,    717 Mulberry,    Des Moines, IA 50309-3872
15695597    +EMPLOYERS MUTUAL CASUALTY COMPANY,    Grace W. Cranley,    Leo & Weber PC,
              1 N LaSalle St, Ste 3600,    Chicago, IL 60602-4015
15136648     Falling Waters Homeoweners Assoc,    9108 Falling Waters Drive East,    Burr Ridge, IL 60527
15136640     GM Card (HSBC),    P O Box 37281,    Baltimore, MD 21297-3281
14757434    +Hei Y. Kwok,    c/o Michael Rediger, Attorney,    217 N. Jefferson,    Chicago, IL 60661-1103
15498021     Hinsdale Bank & Trust Co.,    Donald Newaman,    11 S LaSalle St,. Suite 1500,    Chicago, IL 60603
14757436   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: Department of the Treasury,     IRS,    P O Box 21126,
              Philadelphia, PA 19114)
14757437     IRS,   2001 Butterfied Road,    attn K. Campagna,    Lombard, IL 60148
16815395     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
              Chicago, Illinois 60664-0338
15772782     Jackson Park Pinnacle Plaza, LLC,    7411 South Stony Island Avenue,
              Chicago, Illinois 60649-3613
14757426    +LNR Partners, INC,    Bank of America / LaSalle Bank,    Kevin C. Driscoll, Jr,
              1 N Wacker Dr., 44th FL,    Chicago, IL 60606-2841
15136641    +Louis Jones Enterprises,    333 North Michigan Ave,    Chicago, IL 60601-3901
14757438    +Peter Wang,    c/o Michael Rediger, Attorney,    217 N. Jefferson St.,    Chicago, IL 60661-1103
15136649    +Puritan Finance Corp,    c/o Fred Harbecke, Attorney at Law,    29 S. LaSalle St., Suite 945,
              Chicago, IL 60603-1526
14757439    +Puritan Finance Corp.,    55 West Monroe St.,    Chicago, IL 60603-5050
14757440    +Puritan Finance Corp..,    c/o Larry Friedman,    55 W Monroe, Ste 3590,    Chicago, IL 60603-5050
15136642    +Rashma Shah,    228 Driftwood Lane,    Bloomingdale, IL 60108-1903
14757441    +Ridgeland East End LLC,    7411 South Stoney Island Ave.,    Chicago, IL 60649-3613
14757442    +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
14757443   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,     P.O. Box 9490,    Cedar Rapids, IA 52409)
15136639    +Vinod Thanki,    7625 Wakefield Drive,    Darien, IL 60561-4321
14757445    +Wells Fargo Bank,    c/o Perkins Oie / Bates Larson,    131 S. Dearborn Street Suite 1700,
              Chicago, IL 60603-5559
14757446    +Western Capital,    1490 West Lafayette Suite 306,    Denver, CO 80218-2393
14757447    +Western Capital Partners,    Schiff hardin LLP,    233 S. Wacker Drive Suite 6600,
              Chicago, IL 60606-6307
14757444    +toyota Financiaol Services,    19001 S. Western Avenue,    Torrance, CA 90501-1106
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14757431     +E-mail/Text: resurgentbknotifications@resurgent.com Sep 01 2011 01:18:43      Collection,
               Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
15136644      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 01 2011 02:10:50      Discover Card,
               P O Box 30943,    Salt Lake City, UT 84130
14757435     +E-mail/Text: pgray@hinsdalebank.com Sep 01 2011 01:19:33     Hinsdale Bank & Trust,
               25 E First St,    Hinsdale, IL 60521-4119
                                                                                              TOTAL: 3
```

```
District/off: 0752-1           User: mjerdine              Page 2 of 2                  Date Rcvd: Aug 31, 2011
                               Form ID: pdf006             Total Noticed: 48

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,   3400 West Lawrence,
               Chicago, IL 60625-5104
                                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2011**                    **Signature:**    _/s/ Joseph Speetjens_