# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AGRAWAL, SHIVPRASAD S | § | Case No. 09-44260 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE _____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Chartered Ban 1199 E Higgins Rd Schaumburg, IL 60173 | | | | | |
| | BANK OF AMERICA PO BOX QX Jacksonville, FL 32203 | | | | | |
| | BMW BANK OF NORTH AMERICA 5550 BRITTON PKWY Hilliard, OH 43026-7456 | | | | | |
| | BMW Financial Services Po Box 3608 Dublin, OH 43016 | | | | | |
| | Bank Of America Attn: Bankruptcy NC4-105-02-77 Po Box 26012 Greensboro, NC 27410 | | | | | |
| | Chase Manhattan Attn: Bankruptcy Research Dept 3415 Vision Dr Columbus, OH 43219 | | | | | |
| | Dupage County Clerk 421 N. County Farm Rd Wheaton, IL 60187 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Falling Waters Homeowners Assoc. 9105 Falling Waters Drive East Burr Ridge, IL 60527 | | | | | |
| | Hinsdale Bank & Trust 25 E First St Hinsdale, IL 60521 | | | | | |
| | Peter Wang c/o Michael Rediger, Attorney 217 N. Jefferson St. Chicago, IL 60661 | | | | | |
| | Puritan Finance Corp. 55 West Monroe St. Chicago, IL 60603 | | | | | |
| | Puritan Finance Corp.. c/o Fred Harbecke, Attorney at Law 29 S. LaSalle St., suite 945 Chicago, IL 60603 | | | | | |
| | Toyota Financial Services P.O. Box 9490 Cedar Rapids, IA 52409 | | | | | |
| | toyota Financiaol Services 19001 S. Western Avenue Torrance, CA 90509 | | | | | |
| | BANK OF AMERICANC4-105-02-59 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007B | HINSDALE BANK & TRUST CO. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| HELMS, BRENDA PORTER | | | | | |
| SURETIES, INTERNATIONAL | | | | | |
| THE HELMS LAW FIRM P.C. | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS 2001 Butterfied Road attn K. Campagna Lombard, IL 60148 | | | | | |
| | IRS STOP 5013CHI 230 S. DEARBORN ST. Chicago, IL 60604 | | | | | |
| | IRS STOP 5013CHI 230 S. DEARBORN ST. Chicago, IL 60604 | | | | | |
| 000010B | DEPARTMENT OF THE TREASURY | | | | | |
| 15A | IILLINOIS DEPT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Chartered Bank c/o Hauselman, Rappin & Olswang 39 S. LaSalle St. Chicago, IL 60603 | | | | | |
| | American Express PO box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | American Express PO box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| | Arnstein & Lehr 120 S. rivewrside Plaza Suite 1200 Chicago, IL 60606 | | | | | |
| | Aruna Sathia 1014 Warwick Circle North Schaumburg, IL 60194 | | | | | |
| | Bank of America / LaSalle Bank c/o Barnes & Thornburg 1 N Wacker Dr., Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Banyan Distribution c/o Cossidente Salus Ltd. 7777 W. 159th St. Tinley Park, IL 60477 | | | | | |
| | Bruce Heller. Receiver 1840 North Clark Chicago, IL 60614 | | | | | |
| | Collection Attn: Bankrutpcy Department Po Box 10587 Greenville, SC 29603 | | | | | |
| | Discover Card PO Box 30943 Salt Lake City, UT 84130 | | | | | |
| | EMC Insurance Companies attn: Linda Leon Esq 717 Mulberry Des Moines, IA 50309-3872 | | | | | |
| | GM Card (HSBC) PO Box 37281 Baltimore, MD 21297-3281 | | | | | |
| | Hei Y. Kwok c/o Hauselman Rappin & Olswang 39 South Lasalle Street, suite 1105 Chicago, IL 60603 | | | | | |
| | Louis Jones Enterprises | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rashma Shah 228 Driftwood Lane Bloomingdale, IL 60108 | | | | | |
| | Ridgeland East End LLC c.o Rufus Cook, registered agent 7411 Stoney Island Ave. Chicago, IL 60649 | | | | | |
| | Western Capital 1490 West Lafayette Suite 306 Denver, CO 80218 | | | | | |
| | Western Capital Partners Schiff Hardin LLP 233 S. Wacker Drive Suite 6600 Chicago, IL 60606 | | | | | |
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000006 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000009 | EMPLOYERS MUTUAL CASUALTY COMPANY | | | | | |
| 000007A | HINSDALE BANK & TRUST CO. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | JACKSON PARK PINNACLE PLAZA, LLC | | | | | |
| 000008 | LNR PARTNERS, INC | | | | | |
| 000013 | PETER WANG | | | | | |
| 000001 | PURITAN FINANCE CORP.. | | | | | |
| 000011 | RIDGELAND EAST END LLC | | | | | |
| 000002 | WELLS FARGO BANK | | | | | |
| 000014 | VINOD THANKI | | | | | |
| 000010A | DEPARTMENT OF THE TREASURY | | | | | |
| 15 | ILLINOIS DEPT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |